# Roundtree v. The State.

APPEAL from Sumter County Court.
Tried before the Hon W. R. DeLOACH.

SMITH & HARKNESS, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the larceny of two and a half pounds of meat of the value of 25 cents.

On the trial, the defendant interposed the plea of former acquittal, in which he set forth that at the prior

term of the county court she had been arraigned and tried before a jury of 12 men on the charge of petit larceny, and that at said trial the evidence for the State disclosed the fact that there was a variance between the allegations and the proof, and the defendant was discharged on motion of her attorneys ; that in the present prosecution she is accused of larceny, which is based on the same transaction as the former prosecution, and is the same offense for which she was formerly tried ; and the evidence relied upon to convict the defendant in this case is the same as that which was adduced on the former trial. The evidence in the case proved the allegations of this plea, but the trial court refused to give the general affirmative charge requested by the defendant. On the present appeal this court holds that the general charge asked by the defendant should have been given.

The judgment of conviction is reversed and the defendant discharged.

Opinion by HARALSON, J.